**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**TOMARCUS PORTER**                                    **CIVIL ACTION**

**VERSUS**                                                        **NO. 24-786**

**RUSSELL ROBERTS, ET AL.**                          **SECTION: "H"(2)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 28) is **DISMISSED WITHOUT PREJUDICE** as premature.

New Orleans, Louisiana, this 27th day of February, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**